Daniel J. Rylander, P.C.
Attorneys At Law
2701 E. Speedway Suite 203
Tucson, AZ 85716
Office (520) 299-4922-Fax (520)299-1482

Daniel J. Rylander
PCB #64969 - Ariz. Bar #15279

Attorneys for Debtors.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) Chapter 13 |
| | ) |
| THOMAS RODRIQUEZ | ) Case No. 4:12-bk-06689-EWH |
| SSN# XXX-XX-5957 | ) |
| | ) ORDER APPROVING PAYMENT FOR |
| | ) DEBTORS' ATTORNEY'S FEES |
| MARLO RODRIQUEZ | ) |
| SSN# XXX-XX-2080 | ) |
| | ) |
| Debtors. | ) |

The Retainer Agreement entered into with the Debtors at the inception of this case reflect attorney fees in the total amount of $4,500.00 as a flat fee for representation during the Bankruptcy proceeding.

The terms of the Retainer Agreement required the Debtors to submit payment in the total amount of $1,268.00 prior to filing the Chapter 13 Bankruptcy Case, with the remaining balance of $3,232.00 to be paid through the Chapter 13 Plan.

There are no amounts currently held in counsel's trust account on behalf of the Debtors in this case.

1      The fees requested do not represent additional services
2 outside of the flat fee agreement.
3      The fees requested do not exceed the $4,500.00 "No Look"
4 amount in this case.
5      **AFTER THOROUGH CONSIDERATION** of the recommendation of
6 Debtors and their attorneys DANIEL J. RYLANDER, P.C., for the
7 Payment of Attorney's Fees, and good cause appearing therefore;
8      **IT IS ORDERED** that the Chapter 13 Trustee will, from the
9 Trustee's holding/trust account, less the Trustee's fees and
10 cost, pay Daniel J. Rylander P.C. Attorney at Law 2701 E.
11 Speedway Suite 203, Tucson AZ 85716, the balance of the
12 attorney's fees owed to it in the amount of $3,232.00 should the
13 funds the Trustee is holding permit.
14      **IT IS FURTHER ORDERED** that in the event of dismissal or
15 conversion of this case, any balance remaining in the Trustee's
16 trust/holding account, after payment of the attorney's fees and
17 Trustee's fees referred to above, shall be remitted by the
18 Chapter 13 Trustee directly to the Debtors.
19      Dated and signed as ordered above.

24 . . . .
25 . . . .

| | |
|---|---|
| 1 | Electronically filed with the Clerk of the United States Bankruptcy Court, this April 27, 2013. |
| 2 | |
| 3 | Copy of the foregoing mailed/ hand delivered this April 27, 2013: |
| 4 | |
| 5 | Dianne C. Kerns, Esq.<br>Office of the Chapter 13 Trustee<br>PMB# 143 |
| 6 | 7320 North La Cholla Blvd, # 154<br>Tucson, Arizona 85741-2305 |
| 7 | |
| 8 | By  /s/Christina Kable<br>    Christina Kable, Paralegal for<br>    DANIEL J. RYLANDER, P.C. |