_Eileen W. Hollowell_

**Eileen W. Hollowell, Bankruptcy Judge**
_____

1 | Daniel J. Rylander, P.C.
Attorneys At Law
2 | 2701 E. Speedway Suite 203
Tucson, AZ 85716
3 | Office (520) 299-4922-Fax (520)299-1482

4

5 | Daniel J. Rylander
PCB #64969 - Ariz. Bar #15279

6

7 | Attorneys for Debtors.

8 |               IN THE UNITED STATES BANKRUPTCY COURT

9 |                  FOR THE DISTRICT OF ARIZONA

10 | In re                        ) Chapter 13
                                  )
11 | THOMAS RODRIQUEZ             ) Case No. 4:12-bk-06689-EWH
     SSN# XXX-XX-5957            )
12 |                             ) AMENDED ORDER APPROVING PAYMENT FOR
                                  ) DEBTORS' ATTORNEY'S FEES
13 | MARLO RODRIQUEZ             )
     SSN# XXX-XX-2080           )
14 |                             )
                Debtors.         )
15 | _____)

16 |      The Retainer Agreement entered into with the Debtors at the

17 | inception of this case reflect attorney fees in the total amount

18 | of $5,500.00 for the representation of a bankruptcy proceeding

19 | and an Adversary Proceeding in which a secured Deed of Trust

20 | shall be classified and allowed as a non-priority general

21 | unsecured claim. Attorney fees in the amount of $4,500.00 as a

22 | flat fee for representation during the Bankruptcy proceeding and

23 | an additional amount of $1,000.00 for the filing of the

24 | Adversary Proceeding.

25 |      The terms of the Retainer Agreement required the Debtors to

1  submit payment in the total amount of $1,268.00 prior to filing

2  the Chapter 13 Bankruptcy Case, with the remaining balance of

3  $4,232.00 to be paid through the Chapter 13 Plan for the

4  bankruptcy and the filed Adversary Proceeding.

5      There are no amounts currently held in counsel's trust

6  account on behalf of the Debtors in this case.

7      The fees requested do represent additional services outside

8  of the flat fee agreement.

9      The fees requested for the filing of the Chapter 13

10  bankruptcy itself do not exceed the $4,500.00 "No Look" amount

11  in bankruptcy, and the fees requested for the completed scrape

12  off lawsuit are reasonable.

13      AFTER THOROUGH CONSIDERATION of the recommendation of

14  Debtors and their attorneys DANIEL J. RYLANDER, P.C., for the

15  Payment of Attorney's Fees, and good cause appearing therefore;

16      IT IS ORDERED that the Chapter 13 Trustee will, from the

17  Trustee's holding/trust account, less the Trustee's fees and

18  cost, pay Daniel J. Rylander P.C. Attorney at Law 2701 E.

19  Speedway Suite 203, Tucson AZ 85716, the balance of the

20  attorney's fees owed to it in the amount of $4,232.00 should the

21  funds the Trustee is holding permit.

22      IT IS FURTHER ORDERED that in the event of dismissal or

23  conversion of this case, any balance remaining in the Trustee's

24  trust/holding account, after payment of the attorney's fees and

25  Trustee's fees referred to above, shall be remitted by the

1  **Chapter 13 Trustee directly to the Debtors.**

2  **Dated and signed as ordered above.**

3  **Electronically filed with the Clerk
   of the United States Bankruptcy**
4  **Court, this May 24, 2013.**

5  **Copy of the foregoing mailed/
   hand delivered this May 24, 2013:**
6
   **Dianne C. Kerns, Esq.**
7  **Office of the Chapter 13 Trustee
   PMB# 143**
8  **7320 North La Cholla Blvd, # 154
   Tucson, Arizona 85741-2305**
9
   **By  /s/Christina Kable**
10     **Christina Kable, Paralegal for
       DANIEL J. RYLANDER, P.C.**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25